## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTOINE W. HARRIS, | ) | 3:19-cv-00542-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 27, 2021 |
| NAPHCARE, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Reply to Answer to Amended Complaint" (ECF No. 29).

Neither the Federal Rules of Civil Procedure nor the Local Rules of Practice permit the filing of a reply to an answer. *See* Fed. R. Civ. P. 7(a).

Therefore, Plaintiff's "Reply to Answer to Amended Complaint" (ECF No. 29) is **STRICKEN**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
       Deputy Clerk