UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE W. HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>NAPHCARE, INC., et al.,<br><br>Defendants. | Case No.: 3:19-cv-00542-MMD-WGC<br><br>**ORDER**<br><br>Re:  ECF No. 39 |

Before the court is Plaintiff's "Request for Subpoena for Electronically Stored Information" (ECF No. 39). Plaintiff requests "the court subpoena Washoe County Detention Facility, for electronically stored information out of the kiosk for 1. all grievances written by this Plaintiff from the month of April 2019 to the month of June 2019." (*Id.*)

Plaintiff's "Request for Subpoena for Electronically Stored Information" (ECF No. 39) is **GRANTED IN PART**. The Clerk of Court shall issue a  blank subpoena and send it to Plaintiff. Plaintiff is advised to consult the Federal Rules of Civil Procedure and Local Rules of the District of Nevada to determine how he wishes to proceed in this matter.  Plaintiff is also reminded that the order granting him leave to proceed *in forma pauperis* (ECF No. 7) does not extend to the

issuance of subpoenas at government expense.  In other words, all costs and attendant witness fees associated with the service of the subpoena are to be borne by Plaintiff.

**IT IS SO ORDERED.**

Dated: November 1, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE