# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE W. HARRIS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELOY ITUARTE (MD) (MED DIR),<br>*et al.*,<br><br>　　　　　　　　Defendants. | 3:19-cv-00542-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 55 |

Before the court is Defendants' Motion for Leave to Take Deposition of Plaintiff Pro Se Confined in Prison; Request for Order to Permit Deposition to be Conducted by Telephone (ECF No. 55). Defendants request leave of court to take the telephonic deposition of Plaintiff who is currently incarcerated at the Federal Correctional Institution in Victorville, California.

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to Take Deposition of Plaintiff Pro Se Confined in Prison; Request for Order to Permit Deposition to be Conducted by Telephone (ECF No. 55) is **GRANTED**. Defendants shall coordinate the telephonic deposition of Plaintiff with officials at the Federal Correctional Institution in Victorville, California.

**DATED:  January 27, 2022.**

_____
UNITED STATES MAGISTRATE JUDGE

1