Paul A. Cardinale, Esq.
Nevada Bar No. 8394
**LAURIA TOKUNAGA GATES & LINN, LLP**
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500

<u>Southern Nevada Office:</u>
**LAURIA TOKUNAGA GATES & LINN, LLP**
601 South Seventh Street
Las Vegas, NV 89101
Tel: (702) 387-8633
Fax: (702) 387-8635

Attorney for Defendants ELOY ITUARTE,
ISELA BARRERA and FRANK AKPATI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE W. HARRIS,<br><br>  Plaintiff,<br><br>vs.<br><br>ELOY ITUARTE (MD) (MED DIR), ISELA BARRERA (PILL CALL NURSE), SGT, VENN (CLASSIFICATION) FRANK AKAPTI (NP), NAPH-CARE, et al.<br><br>  Defendants. | CASE NO.: 3:19-cv-00542-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ELOY ITUARTE AND FRANK AKAPTI** |

**IT IS HEREBY STIPULATED** between Defendants ELOY ITUARTE, ISELA BARRERA and FRANK AKPATI, by and through their attorney of record, Paul A. Cardinale of the law firm Lauria Tokunaga Gates & Linn, LLP and Plaintiff ANTOINE W. HARRIS, Plaintiff Pro Se, that Defendants ELOY ITUARTE and FRANK AKAPTI may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

1

Dated: 4/23, 2022

*signature*
ANTOINE W. HARRIS
Plaintiff Pro Se

DATED: March 16, 2022

**LAURIA TOKUNAGA GATES & LINN, LLP**

/s/ Paul A. Cardinale
By: _____
Paul A. Cardinale, Esq.
Nevada Bar No. 8394
Attorney for Defendants ELOY ITUARTE, ISELA BARRERA and FRANK AKPATI

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants ELOY ITUARTE and FRANK AKAPTI is dismissed from this action with prejudice, each party to bear their own costs and attorney's fees.

DATED: July 12, 2023

*signature*
DISTRICT JUDGE

**LAURIA TOKUNAGA GATES & LINN, LLP**

By: *signature*
Paul A. Cardinale
Nevada State Bar No. 8394
Attorneys for Defendants ELOY ITUARTE, ISELA BARRERA and FRANK AKPATI

## CERTIFICATE OF SERVICE

I certify I am over the age of eighteen (18) and not a party to the within action; my business address is 3800 Watt Ave., Suite #245, Sacramento, CA 95821. On July 11, 2022, I served a true and correct copy of the foregoing, via the United States Postal Service and the Court's CM/ECF Filing System:

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ELOY ITUARTE AND FRANK AKPATI**

as follows:

*Plaintiff In Pro Per*
Antoine W. Harris (#54360-048)
Federal Correctional Institution
P.O. Box 3725
Adelanto, California 92301

*Defendants Eloy Ituarte, Isela Barrera, and Frank Akpati's Co-Counsel*
Anthony D. Lauria (SBN: 4114)
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, California 95833
Email: alauria@ltglaw.net

                                                     */s/ Paul A. Cardinale*
                                                 Medical Defense Law Group